JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL RODRIGUEZ,<br><br>        Plaintiff,<br><br>     v.<br><br>NATIONSTAR MORTGAGE, CLEAR RECON CORP., AND DOES 1 THRU 1,000<br><br>        Defendants. | Case No. CV 16-9655-GW(PLAx)<br>Assigned to:  Hon. George H. Wu<br><br>**ORDER GRANTING DEFENDANT NATIONSTAR MORTGAGE, LLC'S APPLICATION REQUESTING DISMISSAL OF CASE FOR FAILURE TO AMEND** |

1

Defendant Nationstar Mortgage, LLC's application requesting dismissal of the matter for failure to amend has been reviewed by this Court.  Having considered all papers filed, and all other pleadings and papers on file herein, and good cause appearing:

**IT IS HEREBY ORDERED THAT**:

1.      Nationstar's Application for Dismissal of Case For Failure to Amend  is granted in its entirety.

2.      All claims for relief against Nationstar are hereby **DISMISSED** with prejudice.

Dated: March 22, 2017                    By:  _George H. Wu_____

GEORGE H. WU,
United States District Judge

2

[PROPOSED] ORDER GRANTING DEFENDANT NATIONSTAR MORTGAGE, LLC'S APPLICATION REQUESTING DISMISSAL OF CASE FOR FAILURE TO AMEND

## <u>PROOF OF SERVICE</u>

*Manuel Rodriguez v. Nationstar Mortgage, et al.*
USDC Case No. 2:16-cv-09655-GW-PLA

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 333 S. Grand Ave., Suite 2100, Los Angeles, CA 90071.

     On March 14, 2017 I served the foregoing document described as

**[PROPOSED] ORDER GRANTING DEFENDANT NATIONSTAR MORTGAGE, LLC'S APPLICATION REQUESTING DISMISSAL OF CASE FOR FAILURE TO AMEND**

on all interested parties in this action by placing the original thereof enclosed in a sealed envelope addressed as follows:

Manuel Rodriguez
4838 West El Segundo, Blvd. B
Hawthorne CA 90250

☒   **(By Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

☒   **(Federal)** I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 14, 2017 at Los Angeles, California.

                             */s/Denisse Gonzalez*
                             Denisse Gonzalez

[PROPOSED] ORDER GRANTING DEFENDANT NATIONSTAR MORTGAGE, LLC'S APPLICATION REQUESTING DISMISSAL OF CASE FOR FAILURE TO AMEND